Pauly Loble, Respondent, v. Ninth Street Garage, Appellant.— Judgment reversed, with costs, and demurrer overruled, with costs, with leave to plaintiff to withdraw demurrer on payment of costs, on the authority of

*Casey* v. *Auburn Telephone Co.* (155 App. Div. 66). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.